

Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2780 fax

March 30, 2023



☑ FILED
___ ENTERED
___ LODGED
___ RECEIVED

APR 11 2023

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TS                          DEPUTY

Clerk of Court
U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101

          Re:    Margo Birk
                **Adversary Proceeding #: 23-90015-MM**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to the debtor's attorney in this Adversary Proceeding.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/cm
Enclosure

p 636.733.3700 | 633 Spirit Drive | Chesterfield, MO 63005-1243 | www.mohela.com

90015 COR
②



Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2780 fax

March 30, 2023

Scott R. Burton
574 S. Rancho Santa Fe Road
San Marcos, CA 92078

Re: Margo Birk
**Adversary Proceeding #: #23-90015-MM**

Dear Scott R. Burton:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of certain federal student loans. Please be advised that MOHELA does not own or hold any student loans on which your client, Margo Birk, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on her student loan obligations.

MOHELA's only relationship to Margo Birk is that MOHELA services federal student loans, owned by the U.S. Department of Education, on which she is the obligor. The U.S. Department of Education, as the owner and holder of the student loans, is the only appropriate party to this proceeding, relative to these student loans. Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/cm

cc:   Clerk of Court
      U.S. Bankruptcy Court
      Jacob Weinberger U.S. Courthouse
      325 West F Street
      San Diego, CA 92101